**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 04-10361-R** |
| | ) | **Chapter 7** |
| **OZARK AIR LINES, INC.** | ) | |
| **d/b/a GREAT PLAINS AIRLINES** | ) | Filed/Docketed |
| **ID# 43-1826825** | ) | May 15, 2006 |
| **6501 E. Apache St., Suite 201** | ) | |
| **Tulsa, OK 74115** | ) | |
| | ) | |
| **Debtor.** | ) | |

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 05-10309-R** |
| | ) | **Chapter 7** |
| **GREAT PLAINS AIRLINES HOLDING CO.** | ) | |
| **ID# 73-1554032** | ) | |
| **6501 E. Apache** | ) | |
| **Tulsa, OK 74115** | ) | |
| | ) | |
| **Debtor.** | ) | |

**ORDER AUTHORIZING SUBSTANTIVE CONSOLIDATION**

THIS MATTER having come on for consideration this 15th day of May, 2006, upon the Trustee's Notice And Motion For Order Authorizing Substantive Consolidation Of Debtor Entities And Notice Of Opportunity For Hearing, the Court finds:

1) That the Trustee filed the above referenced Notice on April 18, 2006 in Great Plains Airlines Holding Co., Case No. 05-10309-R (the "Great Plains Case") and Ozark Air Lines, Inc., Case No. 04-10361-R (the "Ozark Case").

2) That the Trustee's motion seeks an order authorizing the substantive consolidation of the two estates into the later filed Great Plains Case.

3) That the Trustee provided timely and proper notice of the proposed substantive consolidation to all necessary and interested parties. That no objections to the proposed substantive consolidation have been filed.

4) That the substantive consolidation of the two estates is in the best interests of all necessary and interested parties.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the estate of Ozark Air Lines, Inc. d/b/a Great Plains Airlines, Case No. 04-10361-R, is substantively consolidated with the estate of Great Plains Airlines Holding Co., Case No. 05-10309-R, and that the style of the consolidated case shall be as follows:

| | | |
|---|---|---|
| **IN RE:** | **)** | |
| | **)** | |
| **GREAT PLAINS AIRLINES HOLDING CO.** | **)** | **Case No. 05-10309-R** |
| **ID# 73-1554032** | **)** | |
| **and** | **)** | |
| **OZARK AIR LINES, INC.** | **)** | **Case No. 04-10361-R** |
| **d/b/a GREAT PLAINS AIRLINES** | **)** | |
| **ID# 43-1826825,** | **)** | |
| | **)** | **Substantively Consolidated** |
| **Debtors.** | **)** | **Under Case No. 05-10309-R** |
| | **)** | **(Chapter 7)** |

All pleadings and claims previously filed in the Ozark Case are deemed filed in the Great Plains Case.

**SO ORDERED** this 15th day of May 2006.

DANA L. RASURE
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Patrick J. Malloy III
MALLOY LAW FIRM, P.C.
111 West 5th St., Suite 700
Tulsa, Oklahoma 74103-4261
Telephone: (918) 747-3491
Fax Number: (918) 743-6103
ATTORNEYS FOR TRUSTEES